10th Court of Appeals
Waco District

8-2-2016

I'm writing in regards; cause NO: 91-08-14,801CR Delivery of Controlled Substance less than 28 grams. which there was an affirmitive finding of a deadly weapon. where the court found that a #15. crack rock was the deadly ~~weapon~~ Weapon in this case. In an unpublish case the 10th court of Appeals deleted the deadly weapon finding Therefore Im not doing aggravated time. but for some reason the parole board is showing that Im doing agg. time. my min and max discharge is the same, 10-9-2073. Im under the '14 law even if I was doing agg. time I would still have a discharge date. other than 2073. Im asking that you send the Parole Board a copy of your opinion in this case, also foward me one here a the Polunsky Unit 3872 FM 350 south Livingston, TX 77351. also send (JN) ~~to~~ a copy to the unit Classification Dept.

Thank You

Jarrett Nelson #604710
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Note:
PrJ-Rel-date, 10-9-2073
Max-EXP: Date- 10-9-2073

Mr. Jarrett Nelson #604710
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

NORTH HOUSTON TX 773

04 AUG 2016 PM 7 L

RECEIVED
AUG 08 2016
COURT OF APPEALS
WACO, TEXAS

Legal mail

10th Court of Appeals
Clerk Sharri Roessler
McLennon Co. Courthouse
501 Washington Ave
Waco, Texas 76701-1373

76701-130099